### William FAVICCHIO

v.

### BELLUCCI et al.

### No. 81–397–M.P.

Supreme Court of Rhode Island.

Aug. 13, 1981.

Abedon, Michaelson, Stanzler, Biener, Skolnik & Lipsey, Milton Stanzler, Edward N. Beiser, Providence, for plaintiff.

V. James Santaniello, Providence, for defendants.

### ORDER

The petition in equity in the nature of Quo Warranto is dismissed without prejudice to the plaintiff's initiating an appropriate proceeding in the Superior Court in which a factual determination may be made and appropriate relief is available.

### In the Matter of ADOLF C.

### No. 81–417–M.P.

Supreme Court of Rhode Island.

Sept. 10, 1981.

Mary E. Levesque, Paula Rosin, Asst. Public Defenders, for petitioner.

### ORDER

This case comes before the court on a petition for writ of habeas corpus wherein petitioner challenges his present placement at the Rhode Island Training School. After careful consideration of this matter, we hereby grant the petition for writ of habeas corpus and direct that the Department of Children and Their Families find an alternative placement for petitioner other than the Rhode Island Training School within 7 days of this order. In selecting an alternative placement, the Department may consider, but is not limited to, placing petitioner at the Juvenile Diagnostic Center.

### CHURCH OF PAN, INC.

v.

### John H. NORBERG, Tax Administrator.

### No. 81–361–M.P.

Supreme Court of Rhode Island.

Sept. 10, 1981.

Haronian, Paquin & Bramley, Inc., A. Gregory Frazier, Warwick, for petitioner.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Asst. Atty. Gen., Perry Shatkin, Chief, Legal Officer, Providence, for respondent.

### ORDER

Since the petitioner has failed to supply this court with the decision of the Tax Administrator herein, the petition for writ of certiorari is denied.